Technical Career Institute, Plaintiff-Appellant, 
against
Denise N. Gillette, Defendant-Respondent.



Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Leticia M. Ramirez, J.), entered April 10, 2018, which granted defendant's motion to vacate a default judgment to the extent of restoring the matter to the calendar on condition that the judgment stand as security pending disposition of the action.




Per Curiam.
Order (Leticia M. Ramirez, J.), entered on April 10, 2018, affirmed, with $10 costs.
Given the strong public policy of this State to dispose of cases on the merits (see Chevalier v. 368 E. 148th St. Assoc., LLC, 80 AD3d 411, 413-414 [2011]), we find that Civil Court providently exercised its discretion in granting defendant's motion to vacate the default judgment, conditioned upon letting the judgment stand as security pending the disposition of the action (see Lexis-Nexis v Standard Weisberg, P.C., 292 AD2d 511 [2002]). The default was not intentional or prejudicial, defendant moved for vacatur relief upon learning of the default judgment entered against her, and the record shows the existence of a meritorious defense to this action for unpaid tuition.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 21, 2019